

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| PETER MANUEL CANDELARIA, | § | No. 08-20-00007-CR |
| Appellant, | § | |
| | § | Appeal from the |
| v. | § | 118th District Court |
| | § | |
| THE STATE OF TEXAS, | § | of Howard County, Texas |
| | § | |
| Appellee. | § | (TC#15,554) |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no reversible error in the judgment. We therefore affirm the judgment of the court below. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 14TH OF APRIL, 2021.

YVONNE T. RODRIGUEZ, Chief Justice

Before Rodriguez, C.J., Palafox, and Alley, JJ.